**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 446 EAL 2014
:
                Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
       v. :
:
:
:
DAVID CARSON, :
:
                Petitioner :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 19th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.